Jon J. Lieberman, Esq. (OH 0058394), Sottile & Barile, Attorneys at Law, 394 Wards Corner Road, Ste 180, Loveland, OH, 45140, Email: bankruptcy@sottileandbarile.com, Attorney for Carvana, LLC

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLUMBIA
# WASHINGTON, D.C.

| | |
|---|---|
| In Re: | Case No. 21-00250 |
| Thomas A Seegers | Chapter 7 |
| Debtor. | Bankruptcy Judge Elizabeth L. Gunn |

### AMENDED MOTION SEEKING RELIEF FROM THE AUTOMATIC STAY

COLLATERAL:  2013 Kia Optima - VIN 5XXGN4A75DG159488

Carvana, LLC ("Movant"), by and through its attorney, Jon J. Lieberman, files this Amended Motion Seeking Relief from the Automatic Stay, and says:

1. This Court has jurisdiction of this action pursuant to 11 U.S.C. §362(d) and 28 U.S.C. §§157(b) and 1334.

2. This is a contested matter governed by FRBP 4001 and 9014 and Local Bankruptcy Rule 4001-1, and is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(G).

3. On October 08, 2021, Thomas A Seegers ("Debtor") filed a chapter 7 bankruptcy petition in this District, Case Number 21-00250.

4. Marc E. Albert was appointed and is serving as Trustee of the Debtor's Estate.

5. Property of the bankruptcy estate includes a 2013 Kia Optima - VIN 5XXGN4A75DG159488 ("vehicle").

6. On or about August 04, 2020, the Debtor purchased said vehicle from Carvana, LLC by virtue of a contract and security agreement, a copy of which is attached hereto and incorporated herein by reference.  Said contract and security agreement was contemporaneously assigned to Movant, as shown on the face thereof.

7. Movant reserved unto itself the perfected purchase money security interest in said vehicle, as shown by the attached copy of the Certificate of Title, incorporated herein by reference, issued by the District of Columbia, Department of Motor Vehicles.

8. At the time of the filing of this Motion, there remains due and owing to Movant a balance of $13,319.43.

9. The Debtor is now in default on the payments due under the contract, with $2,352.00 in arrears, and another monthly contractual payment in the amount of $336.00 will be due on November 18, 2021. Movant last received a payment under the Contract on or about May 14, 2021. Movant's account of the Debtor's payments is attached hereto.

10. There is no equity in said vehicle because Movant's lien exceeds the market value of the same, and/or an inadequate equity cushion exists. According to the N.A.D.A. Official Used Car Guide, the value of the vehicle is approximately $11,075.00.

11. Movant's interest in said vehicle is not adequately protected and it has been and continues to be irreparably injured by the automatic stay, which prevents Movant from enforcing its rights as a secured creditor pursuant to the aforesaid contract and security agreement and the laws of the District of Columbia, while it is not receiving adequate payments and the market value of said vehicle is rapidly depreciating.

12. The automatic stay should be terminated for cause, to allow Movant to liquidate the vehicle.

WHEREFORE, Movant respectfully requests that this Honorable Court grant it the following relief:

a. Terminate the automatic stay, to allow Movant to dispose of the 2013 Kia Optima - VIN 5XXGN4A75DG159488; and
b. Grant Movant such other and further relief as may be necessary and just, including its attorney's fees, expenses and costs.

Respectfully Submitted,

/s/ Jon J. Lieberman
Jon J. Lieberman, Esq. (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Movant