# Retail Installment Contract

DC-102 10/10/2015

| Seller Name and Address | Buyer(s) Name(s) and Address(es) | |
|---|---|---|
| CARVANA, LLC<br>63 PIERCE RD<br>WINDER GA 30680-7280 | thomas seegers<br>1350 Jasper SE Pl<br>Washington DC 20020 | No. _____<br>Date 08/04/2020 |

Phone Number _____   Phone Number _____   ☐ Business, commercial or agricultural purpose Contract.

## Description of the Motor Vehicle Sold (Property)

| Year | Make | Model | Style | Vehicle Identification Number | Odometer Mileage |
|---|---|---|---|---|---|
| 2013 | Kia | Optima | Sedan | 5XXGN4A75DG159488 | 94679 |

☐ New  ☐ Damaged  Other:
☒ Used  ☐ Seconds                  N/A

## Terms of Payment of the Time Price Balance

| No. of Payments | Amount of Payments | When Payments are Due | Time Price Balance $ 23,058.63 |
|---|---|---|---|
| 68 | $ 336.00 | monthly beginning 09/04/20 | |
| 1 | $ 210.63 | 05/04/26 | |
| N/A | $ N/A | N/A | |

### Itemization of Amount Financed

1. **Vehicle Price Computation**
   - (a) Vehicle Price (including sales tax of $ 755.40 )  $ 13,345.40
   - (b) Less: Manufacturer's Rebate  $ 0.00
   - (c) Service Contract, Paid to: N/A  $ N/A
   - (d) Delivery  $ 0.00
   - (e) Installation  $ 0.00
   - (f) Other  N/A  $ N/A
   - (g) **Cash Sale Price Of Vehicle And Equipment** (a minus b plus c through f)  $ 13,345.40
2. **Down Payment Computation**
   - (a) Trade-In Allowance  $ 0.00
   - (b) Less: Amount Owing To: N/A  $ N/A
   - (c) **Amount Credited for any Trade-In** (a minus b)  $ 0.00
   - (d) **Cash Down Payment (including any cash deposit)**  $ 300.00
   - (e) Deferred Down Payment  $ 0.00
   - (f) Other down payment (describe) N/A  $ N/A
   - (g) Total Down Payment (c+d+e+f)  $ 300.00
3. **Total Cash Price Balance** (1(g) minus 2(f))  $ 13,345.40
4. **Other Charges**
   - (a) Insurance Premiums paid to insurance company(ies)  $ 0.00
   - (b) Paid to Public Officials - **Filing Fees Only (Governmental Charges)**  $ 166.00
   - (c) Paid to Public Officials - **Other Than Filing Fees (Governmental Charges)**  $ 0.00
   - (d) To: N/A  $ N/A
   - (e) To: N/A  $ N/A
   - (f) Total Other Charges  $ 166.00
5. **Principal Balance** (3 plus 4(f))  $ 13,211.40
6. **Prepaid Finance Charges**  $ 0.00
7. **Amount Financed** (5 minus 6)  $ 13,211.40

We may retain or receive a portion of any amounts paid to others.

**Finance Charge** $ 9,847.23

### Cost of Insurance and Summary of Insurance Coverage

The insurance to be purchased by us, the seller, if any, does not include liability insurance coverage for personal injury and property damage caused to others, unless otherwise stated.

☐ **If checked, insurance against physical damage to the motor vehicle protects the interests of the seller only.**

Credit life, credit disability (accident and health), and any other insurance coverage quoted below, are not required to obtain credit and we will not provide them unless you sign and agree to pay the additional premium. If you want such insurance, we will obtain it for you (if you qualify for coverage). We are quoting below ONLY the coverages you have chosen to purchase.

Subject to the terms and conditions stated in the actual policies, a credit life insurance policy will pay the balance of this Contract in the event of death of the person insured, and a credit disability policy will make your payment due on this Contract during the period of a disability of the person insured under the policy.

**Credit Life:** Insured  N/A
☐ Single  ☐ Joint   Premium $ N/A   Term N/A
Company or Broker: N/A

**Credit Disability:** Insured  N/A
☐ Single  ☐ Joint   Premium $ N/A   Term N/A
Company or Broker: N/A

Your signature below means you want (only) the insurance coverage(s) quoted above. If none are quoted, you have declined any coverages we offered.

N/A _____  N/A _____
Buyer                                                            d/o/b

N/A _____  N/A _____
Buyer                                                            d/o/b

N/A _____  N/A _____
Buyer                                                            d/o/b

### Property Insurance

You ☐ may  ☒ must  insure the Property securing this Contract. You may purchase the insurance from anyone you want reasonably acceptable to us. The collision coverage deductible may not exceed $ 1,000 . If you get insurance from or through us you will pay $ N/A  for  N/A  of coverage.

This policy will protect your interest if there is theft or damage to the Property from the hazards covered in the policy. (See the policy for inclusions, deductibles and exclusions of coverage.)

This premium is calculated as follows:

☐ $ N/A  Deductible, Collision Cov.  $ N/A
☐ $ N/A  Deductible, Comprehensive Cov.  $ N/A
☐ Fire-Theft and Combined Additional Coverage  $ N/A
☐ N/A  $ N/A

### Signatures

**Acknowledgment.** Buyer acknowledges that before buyer signed the Contract, the seller submitted the Contract to buyer with all blank spaces filled in; that buyer had a reasonable opportunity to examine it; and that thereafter a legible, executed, and complete copy was delivered to the buyer.

Initials: _[signature]_   N/A   N/A

**NOTICE TO PURCHASER: IT IS AGAINST THE LAW FOR THE SELLER TO PERMIT OR REQUEST YOU**

COPY VIEW

THIS IS A COPY
This is a copy view of the Authoritative Copy held by the designated custodian

**Truth-in-Lending Disclosure**

| Annual Percentage Rate<br>The cost of your credit as a yearly rate. | Finance Charge<br>The dollar amount the credit will cost you. | Amount Financed<br>The amount of credit provided to you or on your behalf. | Total of Payments<br>The amount you will have paid when you have made all scheduled payments. | Total Sale Price<br>The total cost of your purchase on credit, including your down payment of $300.00 |
|---|---|---|---|---|
| 21.498 % | $ 9,847.23 | $ 13,211.40 | $ 23,058.63 | $ 23,358.63 |

**Payment Schedule.** Your payment schedule is:

| No. of Payments | Amount of Payments | When Payments are Due |
|---|---|---|
| 68 | $ 336.00 | 09/04/20 |
| 1 | $ 210.63 | 05/04/26 |
| N/A | $ N/A | N/A |

**Security.** You are giving us a security interest in the Property purchased.

**Late Charge.** If all or any portion of a payment is not paid within 10 days of its due date, you will be charged a late charge of the lesser of 5% of the unpaid amount of the payment due or $5.00.

**Prepayment.** If you pay off this Contract early, you ☐ may ☒ will not have to pay a Minimum Finance Charge.

**Contract Provisions.** You can see the terms of this Contract for any additional information about nonpayment, default, any required repayment before the scheduled date, and prepayment refunds and penalties.

**The Annual Percentage Rate may be negotiable with the Seller. The Seller may assign this Contract and retain its right to receive a part of the Finance Charge.**

### Description of Trade-In

N/A   N/A   N/A
N/A
N/A   N/A   N/A
N/A

### Conditional Delivery

☐ If checked, you agree that the following agreement regarding securing financing ("Agreement") applies: N/A
N/A .

The Agreement is part of this Contract. The Agreement will no longer control after the assignment is accepted. If there are any conflicts between the terms of the Agreement and the Contract, the terms of this Contract will apply.

### Sales Agreement

**Payment.** You promise to pay us the principal amount of $ 13,211.40 plus finance charges accruing on the unpaid balance at the rate of 21.498 % per year from the date of this Contract until paid in full. You agree to pay this Contract according to the payment schedule and late charge provisions shown in the Truth-in-Lending Disclosure. You also agree to pay any additional amounts according to the terms and conditions of this Contract.

**Down Payment.** You also agree to pay or apply to the Cash Price, on or before the date of this Contract, any cash, rebate and amount credited for any trade-in described in the *Itemization of Amount Financed*.

☐ You agree to make deferred down payments as set forth in your Payment Schedule.

☐ **Minimum Finance Charge.** You agree to pay a minimum finance charge of $ N/A if you pay this Contract in full before we have earned that much in finance charges.

### Third Party Agreement

(This section applies ONLY to a person who will have an ownership interest in the Property but is NOT a Buyer obligated to pay this Contract ("Third Party Owner").)

In this section only, *"you"* means only the person signing this section.

By signing below you agree to give us a security interest in the Property described in the *Description of the Motor Vehicle Sold (Property)* section. You also agree to the terms of this Contract, except that you will not be liable for the payments it requires. Your interest in the Property may be used to satisfy the Buyer's obligation. You agree that we may renew, extend or change this Contract, or release any party or Property without releasing you from this Contract. We may take these steps without notice or demand upon you.

**You acknowledge receipt of a completed copy of this Contract.**

### Additional Protections

You may buy any of the following voluntary protection plans. They are not required to obtain credit, are not a factor in the credit decision, and are not a factor in the terms of the credit or the related sale of the Vehicle. The voluntary protections will not be provided unless you sign and agree to pay the additional cost.

Your signature below means that you want the described item and that you have received and reviewed a copy of the contract(s) for the product(s). If no coverage or charge is given for an item, you have declined any such coverage we offered.

☐ **Service Contract**
Term      N/A months
Price     $ N/A
Coverage  N/A   N/A

☐ **Gap Waiver or Gap Coverage**
Term      N/A
Price     $ N/A
Coverage  N/A
          N/A
Term      N/A
Price     $ N/A
Coverage  N/A

By: thomas seegers                          08/04/2020
                                            Date

By: N/A                                     N/A
                                            Date

By:                                         N/A
                                            Date

### Additional Terms of the Sales Agreement

☒ **Electronic Signature Acknowledgment.** You agree that (i) you viewed and read this entire Contract before signing it, (ii) you signed this Contract with one or more electronic signatures, (iii) you intend to enter into this Contract and your electronic signature has the same effect as your written ink signature, (iv) you received a paper copy of this Contract after it was signed, and (v) the authoritative copy of this Contract shall reside in a document management system held by Seller in the ordinary course of business. You understand that Seller may transfer this Contract to another company in the electronic form or as a paper version of that electronic form which would then become the authoritative copy. Seller or that other company may enforce this Contract in the electronic form or as a paper version of that electronic form. You may enforce the paper version of the Contract copy that you received.

**Definitions.** *"Contract"* refers to this Retail Installment Contract and Security Agreement. The pronouns *"you"* and *"your"* refer to each Buyer signing this Contract, and any guarantors, jointly and individually. The pronouns *"we"*, *"us"* and *"our"* refer to the Seller and any entity to which it may transfer this Contract. *"Vehicle"* means each motor vehicle described in the *Description of the Motor Vehicle Sold (Property)* section. *"Property"* means the Vehicle and all other property described in the *Description of the Motor Vehicle Sold (Property)* and *Additional*

DocuSign Envelope ID: C21A06CA226AC4DE8-A7D9-31F50AA46D85
Case 21-00250-ELG    Doc 30-1    Filed 10/22/21    Entered 10/22/21 13:46:03    Desc
Exhibit A-D
THIS IS A COPY
This is a copy view of the Authoritative Copy held
by the designated custodian

You understand and agree that some payments to third parties as a part of this Contract may involve money retained by us or paid back to us as commissions or other remuneration.

You agree that the Property will not be used as a dwelling.

**Prepayment.** You may prepay this Contract in full or in part at any time. See *Minimum Finance Charge* section. Any partial prepayment will not excuse any later scheduled payments. If we get a refund of any unearned insurance premiums that you paid, you agree that we may subtract the refund from the amount you owe, unless otherwise provided by law.

**Governing Law and Interpretation.** This Contract is governed by the law of District of Columbia and applicable federal law and regulations.

If any section or provision of this Contract is not enforceable, the other terms will remain part of this Contract. You authorize us to correct any clerical error or omissions in this Contract or in any related document.

**Name and Location.** Your name and address set forth in this Contract are your exact legal name and your principal residence. You will provide us with at least 30 days notice before you change your name or principal residence.

**Telephone Monitoring and Calling.** You agree that we may from time to time monitor and record telephone calls made or received by us or our agents regarding your account to assure the quality of our service. In order for us to service the account or to collect any amounts you may owe, and subject to applicable law, you agree that we may from time to time make calls and send text messages to you using prerecorded/artificial voice messages or through the use of an automatic dialing device at any telephone number you provide to us in connection with your account, including a mobile telephone number that could result in charges to you.

**Default.** Except as prohibited by law, you will be in default on this Contract if you fail to perform any obligation that you have undertaken in this Contract.

You agree to pay our court costs and reasonable out-of-pocket expenses caused by any delinquency of yours, subject to the conditions of D.C. Mun. Regs. Tit. 16 §§ 339 and 340. You also agree to pay reasonable attorneys' fees not in excess of 15% of the unpaid debt after default if we refer this Contract to any attorney who is not a salaried employee of ours.

If an event of default occurs as to any of you, we may exercise our remedies against any or all of you.

**Exceptions.** We may send you notice of our intent to repossess the Property at least 10 days before we repossess. Doing so gives us some additional rights under the law. However, if we are repossessing the Property because you are guilty of fraudulent conduct or you have intentionally and wrongfully concealed, removed, damaged or destroyed the Property, we need not send this notice.

Within five days after repossession, we must send you another notice stating your redemption rights and other information. You can redeem the Property any time within 15 days of when we send this notice to you, or any time after that until we have disposed of the Property, contracted to do so, or have decided to retain the Property under D.C. Code Ann. § 28:9-505. To redeem, you must pay any amount due under this Contract (without regard to any acceleration), tender performance of any other obligation in default, and pay our expenses for retaking and storing the Property (if we have sent you the first notice above).

**Remedies.** If you are in default on this Contract, we have all of the remedies provided by law and this Contract, subject to any right to cure that you may exercise. Those remedies include:
- We may require you to immediately pay us, subject to any refund required by law, the remaining unpaid balance of the amount financed, finance charges and all other agreed charges.
- We may pay taxes, assessments, or other liens or make repairs to the Property if you have not done so. We are not required to do so. You will repay us that amount immediately. That amount will earn finance charges from the date we pay it at the rate described in the Payment section until paid in full.
- We may require you to make the Property available to us at a place we designate that is reasonably convenient to you and us.
- After satisfying any legal requirements and subject to any waiting periods and redemption rights, we may immediately take possession of the Property by legal process or self-help, but in doing so we may not breach the peace or unlawfully enter onto your premises.
- We may then sell the Property and apply what we receive as provided by law to our reasonable expenses and then toward what you owe us.
- Except when prohibited by law, we may sue you for additional amounts if the proceeds of a sale do not pay all of the amounts you owe us.

By choosing any one or more of these remedies, we do not give up our right to later use another remedy. By deciding not to use any remedy, we do not give up our right to consider the event a default if it happens again.

You agree that if any notice is required to be given to you of an intended sale or transfer of the Property, notice is reasonable if provided by registered or certified mail to your last known address, as reflected in our records, at least 10 days before the date of the intended sale or transfer (or such other period of time as is required by law).

You agree that we may take possession of personal property left in or on the Property securing

### Security Agreement

**Security.** To secure your payment and performance under the terms of this Contract, you give us a security interest in the Vehicle, all accessions, attachments, accessories, and equipment placed in or on the Vehicle and in all other Property. You also assign to us and give us a security interest in proceeds and premium refunds of any insurance and service contracts purchased with this Contract.

**Duties Toward Property.** By giving us a security interest in the Property, you represent and agree to the following:
- You will defend our interests in the Property against claims made by anyone else. You will keep our claim to the Property ahead of the claim of anyone else. You will not do anything to change our interest in the Property.
- You will keep the Property in your possession and in good condition and repair. You will use the Property for its intended and lawful purposes.
- You agree not to remove the Property from the U.S. without our prior written consent.
- You will not attempt to sell the Property, transfer any rights in the Property, or grant another lien on the Property without our prior written consent. Upon giving this consent, you agree to pay a transfer fee of 10% of the remaining unpaid balance or $25.00, whichever is less.
- You will pay all taxes and assessments on the Property as they become due.
- You will notify us with reasonable promptness of any loss or damage to the Property.
- You will provide us reasonable access to the Property for the purpose of inspection. Our entry and inspection must be accomplished lawfully, and without breaching the peace.

**Insurance.** If the sales price of the Vehicle is $1,000.00 or more, you may be required to provide property insurance on the Property protecting against loss and physical damage and subject to a maximum deductible amount indicated in the *Insurance Disclosures* section, or as we will otherwise require. You will name us as loss payee on any such policy. Generally, loss payee is the one to be paid the policy benefits in case of loss or damage to the property. In the event of loss or damage to the Property, we may require additional security or assurances of payment before we allow insurance proceeds to be used to repair or replace the Property. You agree that if the insurance proceeds do not cover the amounts you still owe us, you will pay the difference. You will keep the insurance in full force and effect until this Contract is paid in full.

If you fail to obtain or maintain this insurance, or name us as loss payee, we may obtain insurance to protect our interest in the Property. This insurance may be written by a company other than one you would choose. It may be written at a rate higher than a rate you could obtain if you purchased the property insurance required by this Contract. We will add the premium for this insurance to the amount you owe us. Any amount we pay will be due immediately. This amount will earn finance charges from the date paid at the rate described in the *Payment* section until paid in full.

**Gap Waiver or Gap Coverage.** In the event or theft or damage to the Vehicle that results in a total loss, there may be a gap between the amount due under the terms of the Contract and the proceeds of your insurance settlement and deductibles. You are liable for this difference. You have the option of purchasing Gap Waiver or Gap Coverage to cover the gap liability, subject to any conditions and exclusions in the Gap Waiver or Gap Coverage agreements.

### Notices

**Note.** If the primary use of the Vehicle is non-consumer, this is not a consumer contract, and the following notice does not apply.

**NOTICE. ANY HOLDER OF THIS CONSUMER CREDIT CONTRACT IS SUBJECT TO ALL CLAIMS AND DEFENSES WHICH THE DEBTOR COULD ASSERT AGAINST THE SELLER OF GOODS OR SERVICES OBTAINED PURSUANT HERETO OR WITH THE PROCEEDS HEREOF. RECOVERY HEREUNDER BY THE DEBTOR SHALL NOT EXCEED AMOUNT PAID BY THE DEBTOR HEREUNDER.**

If you are buying a used vehicle, the information you see on the window form for this vehicle is part of this contract. Information on the window form overrides any contrary provisions in the contract of sale.

Sí compra un vehículo usado, la información que ve adherida en la ventanilla forma parte de éste contrato. La información contenida en el formulario de la ventanilla prevalece por sobre toda otra disposición en contrario incluida en el contrato de compraventa.

☐ **Assignment.** This Retail Installment Contract and Security Agreement is Assigned to
N/A
_____,
the Assignee, phone _____N/A_____. This assignment is made under

# DISTRICT OF COLUMBIA

| VEHICLE IDENTIFICATION NUMBER | | YEAR | MAKE | BODY TYPE |
|---|---|---|---|---|
| 5XXGN4A75DG159488 | | 2013 | KIA | SD |
| TITLE NUMBER | TITLE DATE | ODOMETER | CLASS / OPER. | EMPTY WT. |
| K2381831 | 09-13-2020 | 94679 | A / 12206 | 3223 |

NAME AND ADDRESS OF VEHICLE OWNER(S)

```
SEEGERS, THOMAS A
1350 JASPER PL SE APT#202
WASHINGTON DC   20020-2937
```



ORIGINAL    (2020-09-13)

| Lien Date | Lien Amount |
|---|---|
| 08-04-2020 | $13,211.40 |

| FIRST LIENHOLDER | FIRST RELEASE |
|---|---|
| CARVANA, LLC<br>PO BOX 29002<br>PHOENIX AZ  85038-9002 | INTEREST IN THIS VEHICLE IS HEREBY RELEASED:<br>NAME<br>TITLE         DATE |

| Lien Date | Lien Amount |
|---|---|
|  | $0.00 |

| SECOND LIENHOLDER | SECOND RELEASE |
|---|---|
|  | INTEREST IN THIS VEHICLE IS HEREBY RELEASED:<br>NAME<br>TITLE         DATE |

BY PLACEMENT OF THE ABOVE SEAL, THE DIRECTOR OF THE DEPARTMENT OF MOTOR VEHICLES CERTIFIES WITH REASONABLE CERTAINTY THAT FACTS ON THE APPLICATION FOR A CERTIFICATE OF TITLE FOR THE MOTOR VEHICLE DESCRIBED ABOVE ARE TRUE AND THAT THE ABOVE PERSON(S) IS/ARE THE LAWFUL OWNER(S) OF THAT MOTOR VEHICLE.


1445217



(REV. 11/18)

**ANY ALTERATION OR ERASURE VOIDS THIS TITLE**



Did you know J.D. Power's industry-leading valuations data drives NADAguides.com? Learn more

Car Pricing › Change Make › Change Year & Model › Change Trim › Change ZIP › Change Mileage & Options › Values

# 2013 Kia Optima Prices and Values
## Sedan 4D EX

CHANGE CAR    COMPARE

**VALUES**    PICTURES    SPECIFICATIONS    REVIEWS & RATINGS    SAFETY



📷 View more photos & video (18)

See other trim levels: Sedan 4D EX

## Values & Cost Details

|  | Rough Trade-In | Average Trade-In | Clean Trade-In | Clean Retail |
|---|---|---|---|---|
| Base Price | $6,625 | $7,700 | $8,575 | $10,950 |
| Mileage (108,783) | $125 | $125 | $125 | $125 |
| Total Base Price | $6,750 | $7,825 | $8,700 | $11,075 |
| Options (change) | | | | |

| Price + Options | $6,750 | $7,825 | $8,700 | $11,075 |

Selling Your Car? **Get an Online Offer** in 2 Minutes.

# Vehicle History Report

**Get answers to buy with confidence. Save when you purchase multiple reports.**

 Check whether an accident has been reported on the vehicle

 Check for severe damage, salvage, and theft



**VEHICLE IDENTIFICATION NUMBER**

Vehicle Identification Number



**Get Report**

**Get Car Price Change Alerts**

Email address

**Notify Me**

Privacy Policy   Additional Alerts ⌄

Case 21-00250-ELG    Doc 30-1    Filed 10/22/21    Entered 10/22/21 13:46:03    Desc
Exhibit A-D    Page 7 of 7

| Transaction Date | Transaction Amount | Transaction Event | Reversal Reason | NSFDate | Fee Type | Due Date | Next Due Date | Principal | Interest | Late Fee | Principal Outstanding | Posted Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 8/2/2021 | (5.00) | Late Fee Assessment | | | | 4/18/2021 | 4/18/2021 | 0.00 | 0.00 | (5.00) | 12,485.52 | 8/2/2021 |
| 7/3/2021 | (5.00) | Late Fee Assessment | | | | 4/18/2021 | 4/18/2021 | 0.00 | 0.00 | (5.00) | 12,485.52 | 7/3/2021 |
| 6/2/2021 | (5.00) | Late Fee Assessment | | | | 4/18/2021 | 4/18/2021 | 0.00 | 0.00 | (5.00) | 12,485.52 | 6/2/2021 |
| 5/14/2021 | 336.00 | Normal Payment--ONE TIME ACH PAYMENT | | | | 3/18/2021 | 4/18/2021 | 164.63 | 171.37 | 0.00 | 12,485.52 | 5/14/2021 |
| 4/21/2021 | 336.00 | Normal Payment--ONE TIME ACH PAYMENT | | | | 2/18/2021 | 3/18/2021 | 23.36 | 312.64 | 0.00 | 12,650.15 | 4/21/2021 |
| 3/22/2021 | 3.95 | Fee Payment--PAYMENTUS AGENT DEBIT CARD | | | SERVICE FEE | 2/18/2021 | 2/18/2021 | 0.00 | 0.00 | 0.00 | 12,673.51 | 3/22/2021 |
| 3/22/2021 | 500.00 | Normal Payment--PAYMENTUS AGENT DEBIT CARD | | | | 1/18/2021 | 2/18/2021 | 0.00 | 500.00 | 0.00 | 12,673.51 | 3/22/2021 |
| 2/20/2021 | 336.00 | Normal Payment--ONE TIME ACH PAYMENT | | | | 12/18/2020 | 1/18/2021 | 0.00 | 336.00 | 0.00 | 12,673.51 | 2/20/2021 |
| 2/2/2021 | (5.00) | Late Fee Assessment | | | | 12/18/2020 | 12/18/2020 | 0.00 | 0.00 | (5.00) | 12,673.51 | 2/2/2021 |
| 1/2/2021 | (5.00) | Late Fee Assessment | | | | 12/18/2020 | 12/18/2020 | 0.00 | 0.00 | (5.00) | 12,673.51 | 1/2/2021 |
| 11/18/2020 | 336.00 | Normal Payment--ONE TIME ACH PAYMENT | | | | 11/18/2020 | 12/18/2020 | 77.77 | 258.23 | 0.00 | 12,673.51 | 11/18/2020 |
| 11/6/2020 | 0.00 | Due Date Change | | | | 11/4/2020 | 11/18/2020 | 0.00 | 0.00 | 0.00 | 12,751.28 | |
| 10/21/2020 | 341.40 | Principal Only Payment--Electronic Payment | | | | 11/4/2020 | 11/4/2020 | 341.40 | 0.00 | 0.00 | 12,751.28 | 10/21/2020 |
| 10/19/2020 | 336.00 | Normal Payment--ONE TIME ACH PAYMENT | | | | 10/4/2020 | 11/4/2020 | 0.00 | 336.00 | 0.00 | 13,092.68 | 10/19/2020 |
| 10/19/2020 | 15.00 | NSF Fee Paid--ONE TIME ACH PAYMENT | | | | 10/4/2020 | 10/4/2020 | 0.00 | 0.00 | 0.00 | 13,092.68 | 10/19/2020 |
| 9/9/2020 | (15.00) | NSF Fee Assessment | | | | 10/4/2020 | 10/4/2020 | 0.00 | 0.00 | 0.00 | 12,779.75 | 9/9/2020 |
| 9/4/2020 | (336.00) | Payment Reversal--DT Auto Pay | NSF - Insufficient Funds | 9/9/2020 | | 10/4/2020 | 10/4/2020 | (312.93) | (23.07) | 0.00 | 13,092.68 | 9/9/2020 |
| 9/4/2020 | 336.00 | Normal Payment--DT Auto Pay | | | | 10/4/2020 | 11/4/2020 | 312.93 | 23.07 | 0.00 | 12,779.75 | 9/4/2020 |
| 9/1/2020 | 336.00 | Normal Payment--ONE TIME ACH PAYMENT | | | | 10/4/2020 | 10/4/2020 | 118.72 | 217.28 | 0.00 | 13,092.68 | 9/1/2020 |