The order below is hereby signed.

Signed: November 16 2021



Elizabeth L. Gunn
U.S. Bankruptcy Judge

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF COLUMBIA
## WASHINGTON, D.C.

| | |
|---|---|
| In Re: | Case No. 21-00250 |
| Thomas A Seegers | Chapter 7 |
| Debtor. | Bankruptcy Judge Elizabeth L. Gunn |

### ORDER TERMINATING THE AUTOMATIC STAY

Upon consideration of the Amended Motion Seeking Relief from Automatic Stay filed by Carvana, LLC with regard to the vehicle subject to its perfected security interest, namely a 2013 Kia Optima - VIN 5XXGN4A75DG159488, and upon consideration of any opposition filed to said Motion, it is, by the United States Bankruptcy Court for the District of Columbia, hereby,

ORDERED:

1. That the automatic stay be, and it hereby is, terminated to allow Carvana, LLC to sell the above-described vehicle; and

2. That Carvana, LLC shall pay any surplus proceeds arising from the sale of the vehicle to the Chapter 7 Trustee, Marc E. Albert.

Requested by:

/s/ Jon J. Lieberman

Jon J. Lieberman, Esq. (OH 0058394)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor


SEEN AND NO OBJECTION:

/s/ Marc E. Albert
Marc E. Albert
Stinson LLP
1775 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006
Phone: 202-728-3020
Email: marc.albert@stinson.com
Trustee


/s/ Alisha Elaine Gordon
Alisha Elaine Gordon
Law Offices of A Gordon, P.C.
1101 Connecticut Ave NW, Suite 450
Washington, DC 20036
Phone: 202-509-4680
Fax: 301-585-1868
Email: agordon188@aol.com
Counsel for Debtor


cc:

Jon J. Lieberman
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140


Alisha Elaine Gordon
Law Offices of A Gordon, P.C.
1101 Connecticut Ave NW, Suite 450
Washington, DC 20036

Jon J. Lieberman, Esq. (OH 0058394), Sottile & Barile, Attorneys at Law, 394 Wards Corner Road, Ste 180, Loveland, OH, 45140, Email: bankruptcy@sottileandbarile.com, Attorney for Carvana, LLC

Marc E. Albert
Stinson LLP
1775 Pennsylvania Avenue, NW, Suite 800
Washington, DC 20006

U. S. Trustee for Region Four
U. S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, VA 22314

Thomas A Seegers
1436 Cedar Street SE Apt 201
Washington, DC 20020

**End of Order**